IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

vs                    4:05CR00013-01-WRW

ELIJAH A. McDONALD

## AMENDED AND SUBSTITUTED
## JUDGMENT AND COMMITMENT

The above entitled cause came on for a hearing on the petition to revoke the supervised release granted this defendant. Upon the basis of the evidence presented, the Court found that the defendant did violate conditions of his supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the supervised release granted this defendant be, and it is hereby, REVOKED.

The defendant is sentenced to a period of 12 months in the custody of the Bureau of Prisons. The defendant is to participate in nonresidential substance abuse during incarceration. A term of supervised release of one (1) year is imposed to follow imprisonment. The defendant shall participate, under the guidance and supervision of the probation officer, in a substance abuse treatment program which may include testing, outpatient counseling, and residential treatment. Further, the defendant shall abstain from the use of alcohol throughout the course of treatment. The defendant is remanded into the custody of the U.S. Marshal.

All remaining conditions previously imposed remain in full force and effect.

IT IS SO ORDERED this 23rd day of September, 2009.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

supvrl.2.McDonald.wpd